# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| STEPHEN CRAIG BURNETT, ) | |
| Plaintiff, ) | |
| v. ) | No. CIV 12-158-RAW-SPS |
| KATHY MILLER, et al., ) | |
| Defendants. ) | |

## OPINION AND ORDER

Plaintiff appealed the Opinion and Order dismissing this action to the Tenth Circuit Court of Appeals. The appellate court reversed and remanded for further proceedings concerning Plaintiff's claim of unconstitutional conditions in the medical cell. *Burnett v. Miller*, No. 14-7069, slip op. at 20-21 (10th Cir. Nov. 20, 2015) (Dkt. 213).

**ACCORDINGLY,** the defendants are directed to file within twenty-one (21) days a response to the remanded issue. Plaintiff is granted twenty-one (21) days to file a reply to the defendants' response, if appropriate.

**IT IS SO ORDERED** this 26th day of May 2016.

**Dated this 26th day of May, 2016.**

Ronald A. White
United States District Judge
Eastern District of Oklahoma